PEOPLE ex rel. DE GROOT, Appellant, v. McLAUGHLIN, Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Proceeding by the People of the State of New York, on the relation of William A. De Groot, against James F. McLaughlin. No opinion. Judgment and order affirmed, without costs.

PEOPLE ex rel. EHRLICH, Respondent, v. INDEPENDENT ORDER OF AHAWAS ISRAEL, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Proceeding by the People of the State of New York, on the relation of Samuel Ehrlich, as president, etc., against the Independent Order of Ahawas Israel. A. B. Jaworower, of New York City, for appellant. L. Moschowitz, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. GERWITZ v. WARDEN, DEPUTY WARDEN AND KEEPER OF KINGS COUNTY JAIL et al. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Proceeding by the People of the State of New York, on the relation of Emma V. Gerwitz, against the Warden, Deputy Warden, and Keeper of Kings County Jail, and the Sheriff, etc. No opinion. Order affirmed by default. See, also, 137 N. Y. Supp. 1136.

PEOPLE ex rel. GRAVES, Respondent, v. SOHMER, State Comptroller, Appellant. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Proceeding by the People of the State of New York, on the relation of Edward M. Graves, against William Sohmer, as Comptroller of the State of New York. No opinion. Motion granted. See, also, 137 N. Y. Supp. 384.

PEOPLE ex rel. GUERNSEY, Appellant, v. SOMERS, County Treasurer, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Proceeding by the People of the State of New York, on the relation of James J. Guernsey, against James T. Somers, as Treasurer of Oneida County. No opinion. Judgment (130 N. Y. Supp. 761) affirmed, with costs, upon the opinion of Purcell, J., delivered at Special Term.

PEOPLE ex rel. HALEY, Respondent, v. BOARD OF TRUSTEES OF VILLAGE OF WHITE PLAINS, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Proceeding by the People of the State of New York, on the relation of John Haley, against the Board of Trustees of the Village of White Plains. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 137 N. Y. Supp. 1136.

PEOPLE ex rel. HERTZ, Appellant, v. WARDEN OF CITY PRISON, Respondent. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Proceeding by the People of the State of New York, on the relation of Rosa Hertz, against the Warden of the City Prison. L. Levy. of New York City, for appellant. R. S. Johnstone, of New York City, for respondent. No opinion. Order affirmed. Order filed. See, also, 149 App. Div. 939, 134 N. Y. Supp. 443.

PEOPLE ex rel. LA CHICOTTE, Appellant, v. STEVENSON, Com'r. Respondent. SAME v. MARTIN. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Proceedings by the People of the State of New York, on the relation of Henry A. La Chicotte, against James W. Stevenson, as Commissioner, etc., and against Kingsley L. Martin. F. G. Gaffey, for appellant. E. S. Benedict, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed. See, also, 137 App. Div. 940, 122 N. Y. Supp. 1141; 139 App. Div. 904, 123 N. Y. Supp. 1136.

PEOPLE ex rel. MOSES, Appellant, v. MARKS, Justice, Respondent. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Proceeding by the People of the State of New York, on the relation of G. Arnold Moses, against Jacob Marks, a Justice, etc. G. A. Moses, of New York City, for appellant. C. L. Barber, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. SCHIAVONI, Appellant, v. SHERIFF OF KINGS COUNTY, Respondent. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Proceeding by the People of the State of New York, on the relation of Felice Schiavoni, against the Sheriff of the County of Kings. No opinion. Order affirmed, without costs.

PEOPLE ex rel. SELLERS, Appellant, v. FOX, Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Proceeding by the People of the State of New York, on the relation of Samuel Sellers, against Frank W. Fox, Warden, etc. K. H. Rosenberg, of New York City, for appellant. R. C. Taylor, of New York City, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. SMITLEY v. SCHNEIDER. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Proceeding by the People of the State of New York, on the relation of Jane A. Smitley, against Wm. F. Schneider. No opinion. Motion granted. Order filed.